# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-62355-BLOOM/Reid

WAYNE DURHAM,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation of Magistrate Judge Reid (the "Report"). *See* ECF No. [23]. This action was previously referred to the Honorable Lisette M. Reid for a Report and Recommendation on any dispositive matters. *See* ECF Nos. [2], [12].

On December 1, 2017, Petitioner filed a Motion to Vacate pursuant to 18 U.S.C. § 2255, attacking the constitutionality of his conviction and sentence for the unlawful possession of a firearm and ammunition by a convicted felon in violation of 18 U.S.C. §§ 922(g)(1) and 924(e), and possession with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1). ECF No. [1] ("Motion to Vacate"). On October 9, 2019, Judge Reid issued the Report recommending that the Motion to Vacate be denied on the merits, final judgment be entered in favor of the Respondent, and that no certificate of appealability be issued. ECF No. [23], at 20. The Report advised that any objections to the Report's findings were due within fourteen days of receipt of the Report. *Id.* at 21. To date, neither party has filed any objections, nor have they sought

an extension of time to do so. The Court has, nonetheless, conducted a *de novo* review of Judge Reid's Report, the record and applicable law, and is otherwise fully advised. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review of the record and the Report, the Court finds Judge Reid's Report to be well reasoned and correct, and the Court agrees with the its analysis.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judge Reid's Report and Recommendation, **ECF No. [23]**, is **ADOPTED**.

2. The Motion to Vacate, **ECF No. [1]**, is **DENIED**. Final Judgment is entered in favor of the Respondent and no certificate of appealability shall be issued.

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

4. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers, at Miami, Florida on October 30.2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

The Honorable Lisette M. Reid

Counsel of Record

Wayne Durham, Reg. No. 04599-104
Springfield Medical Center for Federal Prisoners
Inmate Mail/Parcels
Post Office Box 4000

Springfield, MO 65801